UNITED STATES BANKRUPTCY COURT, Northern District of Georgia

Atlanta Division

1340 United States Courthouse

75 Ted Turner Drive SW

Atlanta, GA 30303



Charles Edward McCorkle                    Case No.: 19-67772-pmb

Chapter 13

Judge : Paul Baiser


**REQUEST FOR AN EXTENSION OF TIME FOR FILINGS**


I am requesting a extension to December 17th, 2019 on all filings that were to be filed on November 19, 2019 having just received your order. I want everything done properly and if I feel over whelmed would like to attempt to retain compotent council. Please grant this request.


Charles Edward McCorkle

4225 Snapfinger Woods Drive

Decatur, Ga 30035

678-886-3850

November 14, 2019

1