UNITED STATES BANKRUPTCY COURT, Northern District of Georgia

Atlanta Division

1340 United States Courthouse

75 Ted Turner Drive SW

Atlanta, GA 30303

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2019 DEC 12 AM 9:49

M. REGINA THOMAS
CLERK
BY _____
DEPUTY CLERK

Charles Edward McCorkle                    Case No.: 19-67772-pmb

Chapter 13

### REQUEST DENIAL FOR MOVANTS RELIEF FROM STAY

CHRONDITE ASSET TRUST has only approximately 20 percent interest in the property and SECURED INVESTMENT FUNDING has 0 interest in the property. I would have responded quicker, the December date in his package I thought he was requesting that date. I was waiting on a NOTICE OF HEARING from the COURT.

Sir the plan funds Chondrite 100 percent

My residence is as listed in the Bankruptcy filing 4225 Snapfinger Woods Drive Decatur Georgia 30035, and has been for for the past 25 years.

I beg of you to deny the MOVANTS MOTION FOR RELIEF FROM STAY to do otherwise would not only make me homeless, it destroys my whole life and takes away my only means of survival .

### Certificate Of Service

I certify that I have today surved CHONDRITE ASSET TRUST & SECURED INVESTMENT LENDING BY Email to their counsel at astevens@lawstevens.com

*Charles Edward McCorkle*

Charles Edward McCorkle

4225 Snapfinger Woods Drive

Decatur, Ga 30035

678-886-3850

December 11, 2019

1