UNITED STATES BANKRUPTCY COURT, Northern District of Georgia

Atlanta Division

1340 United States Courthouse

75 Ted Turner Drive SW

Atlanta, GA 30303

Charles Edward McCorkle                     Case No.: 19-67772-pmb

                                            Chapter 13

## MOTIONS

### REQUEST REOPENING OF MY CASE & COURT DATE BEFORE YOU ASAP FOR VALIDATION OF DEBT

CHRONDITE ASSET TRUST thru counsel refused an offer to settle. I am requesting that statutory attorney's fees are denied entirely, and on the date you provide they are prepared to answer and provide proff as requested in the Validation OF Debt which is attached here exhibit A.

Knowing I needed the payoff in order to close with lenders refused to provide the payoff until May 28th, 2020(exhibit B) after numerous request in an attempt to enrich himself and place a great imposition upon me ie: Forclosure on June 2nd, 2020 leaving no time to acquire closing documents.

### CERTIFICATE OF MAILING

I certify that I have today served CHONDRITE ASSET TRUST & SECURED INVESTMENT LENDING BY Email to their counsel at astevens@lawstevens.com

Sincerely

Charles Edward McCorkle

4225 Snapfinger Woods Drive

1

Decatur, Ga 30035

678-886-3850

June 1st, 2020

Exhibit A

# STEVENS & STEVENS, LLC
## *ATTORNEYS AT LAW*

Ronald S. Stevens          4167 Roswell Road, Suite A Floor 1          Phone:  (770) 393-8900
Andrew M. Stevens                  Atlanta, Georgia 30342              Fax:    (770) 392-0367

May 28, 2020

**VIA E-MAIL TO: HAL LEITMAN**
Charles McCorkle d/b/a GB Holdings of Georgia, Inc.
4225 Snapfinger Woods Drive
Decatur, GA 30035

RE:     Borrower:         GB Holdings of Georgia, Inc.
        Lender:           Secured Investment Funding, LLC
        Date of Loan:     February 16, 2016
        Property:         4225 Snapfinger Woods Drive, Decatur, GA 30035

The following amount is required to payoff the above referenced Loan. Funds received after the good thru date below will require additional daily interest amounts and other amounts owing.

| | |
|---|---|
| Principal: | $186,000.00 |
| Interest: | $40,085.01 |
| Statutory Attorney's Fees: | $22,558.50 |
| Insurance Renewal: | $2,724.80 |
| Real Estate Taxes Paid: | $9,060.33 |
| NSF Payment Charge: | $25.00 |
| Dekalb County Tax: | $10,114.44 |
| 2nd Insurance Renewal: | $3,207.00 |
| 3rd Insurance Renewal: | $4,132.00 |
| Unpaid Late Charges: | $1,288.64 |
| Accrued Late Charges: | $1,449.72 |
| Trust Balance: | $36.03 |
| First For. Att Fees: | $3,000.00 |
| Sec. For. Att Fees: | $3,000.00 |
| Third For. Att Fees: | $3,000.00 |
| Title Exam Fee: | $350.00 |
| Foreclosure Csts Ad Fee 3x: | $1,620.00 |
| Motion to Lift Stay Fee: | $5,000.00 |

TOTAL AMOUNT DUE:    **$296,651.47**
GOOD THRU DATE:      06/01/2020

Issuance of this statement does not suspend the contract requirement to make payments when due. Late charges will be assessed as specified in the loan documents. THESE FIGURES ARE SUBJECT TO CHANGE AND REQUIRE FINAL VERIFICATION. Any additional transactions or a different payoff date will affect the payoff. Funds received after the good thru date will require final verification in writing.

 **Gmail**

Gb Events &lt;gbeventfacility@gmail.com&gt;

## Validation Of Debt

gbeventfacility@gmail.com &lt;gbeventfacility@gmail.com&gt;      Sun, May 31, 2020 at 3:12 AM
To: "astevens@lawstevens.com" &lt;astevens@lawstevens.com&gt;, "gbeventfacility@gmail.com" &lt;gbeventfacility@gmail.com&gt;

GB Holdings of Georgia, Inc and Charles Edward McCorkle
4225 Snapfinger Woods Drive
Decatur, Georgia 30035
Email gbeventfacility@gmail.com
678-886-3850

May 30th, 2020

Via Email at astevens@lawstevens.com
And U.S. Mail

Stevens Stevens & Oliver, LLC
4167 Roswell Road, Suite A
Atlanta, Georgia 30342

Re: Your Client: Chondrite Asset Trust & Secured Investment Funding, LLC
Property: 4225 Snapfinger Woods Drive Decatur, Georgia 30035

More specific the payoff dated May 28, 2020

    Mr. McCorkle's address is as listed above. There is no other representation, all future communications regarding this matter should be directed to Mr McCorkle as listed above.

GB and Mr McCorkle are disputing all listed items other than: Principal, Interest and NSF charge, all other's we request validation and verification of the same for example, time spent, fee, and expenses, canceled checks in short proff.

The Fair Debt Collection Practices Act requires debt collectors which you have identified yourself as one to stop collecting ie forclosure when a consumer sends a request for verification or validation in writing of the debt or any portion thereof within the thirty day period..

PLEASE GOVERN YOURSELF ACCORDINGLY

Sincerely,

Apostle Charles McCorkle
God Bless

*Sent from my T-Mobile 4G LTE device*

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01262202 (HD) OF 06/01/2020


 ITEM  CODE  CASE              QUANTITY                    AMOUNT    BY

   1   13R   19-67772                 1                  $ 235.00   Currency
             Judge  - Paul M. Baisier
             Debtor - CHARLES EDWARD MCCORKLE


TOTAL:                                                   $ 235.00

Amount Tendered:                                    $    $ 240.00
Change Returned:                                    $      $ 5.00


FROM: Charles Edward McCorkle
      xx
      xx
      xx
```